**Order issued November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01761-CR

---

### JOE EARL WALTON, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DENY** as moot the May 23, 2014 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joe Earl Walton, Jr., TDCJ No. 1902520, Dalhart Unit, 11950 FM 998, Dalhart, Texas, 79022.


/ Lana Myers/
LANA MYERS
JUSTICE